UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MARK COSGROVE,

                *Plaintiff*,

    -against-

COLUMBIA CARE INC., and COLUMBIA CARE LLC,

                *Defendants*.

------------------------------------------------------------------ x

1: 23-CV-09562 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the parties' letters regarding Defendants pre-motion conference request, ECF Nos. 12-13, and Plaintiff's First Amended Complaint, ECF No. 14. In light of the FAC, Defendants' pre-motion conference request, ECF No. 12, is **DENIED without prejudice**. Defendants are directed to review the FAC and state whether they wish to renew their request.

**SO ORDERED.**

**Dated:**   **December 26, 2023**
           **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**