UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARK COSGROVE,

               *Plaintiff*,

   -against-

COLUMBIA CARE INC., and COLUMBIA CARE LLC,

               *Defendants*.

-------------------------------------------------------------------- x

1:23-CV-09562 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' letter renewing its pre-motion conference request, ECF No. 16. Plaintiff did not file a response. Defendants' request is hereby **GRANTED**. The parties are directed to adhere to the following briefing schedule for Defendant's motion to dismiss:

| | |
|---|---|
| Defendants' Motion to Dismiss: | January 22, 2024 |
| Plaintiff's Opposition: | February 5, 2024 |
| Defendants' Reply: | February 12, 2024 |

**SO ORDERED.**

**Dated: January 8, 2024**
       **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**