```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/27/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COSGROVE** *Plaintiff* v. **COLUMBIA CARE, INC.,** *et al.,* *Defendants* | **23-cv-09562 (ALC)** **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties hereby **DENIES** Defendants' request for a premotion conference and **GRANTS** Defendants leave to file a second motion to dismiss Plaintiff's Second Amended Complaint. The Court **ORDERS** the Parties to adhere to the following briefing schedule:

**Opening Briefs Due:** December 23, 2024

**Opposition Due:** January 6, 2025

**Replies Due:** January 13, 2025

The Court recognizes the impending holidays: if the Parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before December 4, 2024.

**SO ORDERED.**

**Dated: November 27, 2024**
     New York, New York

*[signature: Andrew L. Carter]*

**ANDREW L. CARTER, JR.**
**United States District Judge**